# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SUSAN JARRETT and WILLIAM JARRETT**             **PLAINTIFFS**

v.                            No. 4:14-cv-18-DPM

**COLOPLAST CORP.; COLOPLAST
MANUFACTURING U.S. LLC; and
JOHN DOES 1-50**                                  **DEFENDANTS**

## ORDER

Unopposed motion, № 5, granted. Case stayed pending a final ruling on transfer to the MDL proceeding.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 January 2014